IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01641-EWN-MJW

LESLIE ANN LOVATO, individually and
mother, surviving heir and personal
representative of the Estate of
Joseph Anthony Lovato,

Plaintiff(s),

v.

ADAMS COUNTY SHERIFF'S OFFICE, et al.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Unopposed Motion for Leave to Include the Answer of Defendant Prison Health Services, Inc., Filed in the Previous Colorado State Court Action, in Pleadings Transferred as Part of the Removal of the Case to This Court (Docket No. 14) is granted.  It is thus further

**ORDERED** that the Answer of Defendant Prison Health Services, Inc., which was filed as Exhibit A to the motion (Docket No. 14-2) shall be filed by the Clerk of the Court as the Answer of Defendant Prison Health Services, Inc., in this action.

Date: September 21, 2007