IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01641–EWN–MJW

LESLIE ANN LOVATO, individually and mother, surviving heir and personal representative of the Estate of Joseph Anthony Lovato,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE,
DOUGLAS N. DARR, individually and as sheriff of the Adams County Sheriff's Office,
PRISON HEALTH SERVICES, INC., a foreign corporation,
JANE AND JOHN DOES, Adams County sheriff deputies, employees and supervisors who true names and identities are unknown, and
THE BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY,

    Defendants.

## ORDER OF DISMISSAL OF FIRST, SECOND, AND THIRD CLAIMS WITH PREJUDICE

This matter is before the court on the "Unopposed Motion to Dismiss First Second and Third Claims Against Defendant, Prison Health Services, Inc." (#25, filed October 11, 2007), "Defendant Adams County Sheriff's Office, Douglas N. Darr, and Board of County Commissioners of Adams County's Motion to Dismiss Plaintiff's First, Second, and Third Claims

Pursuant to Fed. R.Civ.P. 12(b)(1)" (#6, filed August 17, 2007), and the "Response to Defendant Adams County Sheriff's Office, Douglas N. Darr and Board of County Commissioners of Adams County's Motion to Dismiss Plaintiff's First Second and Third Claims Pursuant to Fed.R.Civ.P. 12(b)(6)" (#24, filed October 11, 2007). The court having read the motions to dismiss and the response filed herein, and now being fully advised in the premises, it is

**ORDERED** that the motions (## 6 and 25) are GRANTED. The first, second, and third claims are DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 11th day of October, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge