IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01641–EWN–MJW

LESLIE ANN LOVATO, individually and
mother, surviving heir and personal
representative of the Estate of Joseph
Anthony Lovato,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE,
DOUGLAS N. DARR, individually and as sheriff
of the Adams County Sheriff's Office,
PRISON HEALTH SERVICES, INC., a foreign
corporation,
JANE AND JOHN DOES, Adams County sheriff
deputies, employees and supervisors who true
names and identities are unknown, and
THE BOARD OF COUNTY
COMMISSIONERS OF ADAMS COUNTY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Unopposed Motion to Dismiss All Claims with Prejudice" filed October 30, 2007. The court having read the motion to dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 6th day of November, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge